<pre>
 1                                    JS-6
 2
 3
 4
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
</pre>

| FIGURE EIGHT HOLDINGS, LLC, | Case No. CV 10-7828 R (AJWx) |
|---|---|
| Plaintiff, | The Honorable Manuel L. Real |
| v. | **JUDGMENT** |
| DR. JAY'S, INC.; WICKED FASHIONS, INC.; and DOES 1 through 10, inclusive, | Courtroom: 8 |
| Defendants. | |

On July 1, 2011, Defendants, DrJay's.com, Inc., Fashion Studio LLC and Wicked Fashions, Inc. ("Defendants") filed a Motion for Summary Judgment. After full briefing by the parties, and after holding a hearing on the motion on August 22, 2011, this Court orally granted the motion at that hearing. The Court issued an Order granting Defendants' Motion for Summary Judgment on August 22, 2011 (Dkt # 67).

Because there are no claims remaining in this case and because there are no remaining issues for this Court to decide and no reason why Final Judgment should not be entered.

The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS HEREBY ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment is GRANTED in its entirety.

1. Plaintiff's claim for copyright infringement against Defendants is dismissed with prejudice.

2. All defenses of Defendants are preserved and may be reasserted if this Court's Summary Judgment Order and/or Final Judgment is reversed on appeal.

WHEREFORE, it is ORDERED that plaintiff takes nothing, and that this lawsuit is dismissed on the merits, and the case closed.

Dated: Sept. 21, 2011.

_____
Honorable Manuel L. Real
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
**Error! Unknown document property name.**