UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FIGURE EIGHT HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DR. JAY'S, INC.; WICKED FASHIONS, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 10-7828 R (AJWx)<br><br>The Honorable Manuel L. Real<br><br>**JUDGMENT RE AWARD OF ATTORNEY'S FEES**<br><br>Courtroom: 8 |
|---|---|

On October 5, 2011, Defendants, DrJay's.com, Inc., Fashion Studio LLC and Wicked Fashions, Inc. ("Defendants") filed a Motion for Attorney's Fees. After full briefing by the parties, and after holding a hearing on the motion on November 7, 2011, this Court granted the motion. (Dkt # 83).

The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS HEREBY ORDERED AND ADJUDGED that Defendants are hereby awarded attorney's fees in the amount of $139,610.10.

Dated: November 28, 2011.

Honorable Manuel L. Real
United States District Judge